# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN RE:  William Leonard Albright　　　　　　　　　　　Case Number:  16-51392
　　　　Shelley L. Albright
　　　　Debtors

# NOTICE OF FINAL CURE PAYMENT

The Chapter 13 Trustee gives notice pursuant to Rule 3002.1(f) that the trustee has paid in full the amount required to cure the PREPETITION default and any postpetition default provided for in the plan as set forth in the creditor's proof of claim:

| Creditor Name | Account # | Court Claim # | Claim Amount | Amount Paid |
|---|---|---|---|---|
| US BANK TRUST NA<br>% BSI FINANCIAL SERVICES<br>P O BOX 679002<br>DALLAS, TX 75267-9002 | | 7-1 | $16,740.29 | $16,740.29 |

If the debtor contends that the final cure payments have been made other than as noted above, the debtor, by counsel, may file and serve the Notice required by Rule 3002.1(f).

The trustee further gives notice that pursuant to Rule 3002.1(g), within 21 days after service of this Notice, the creditor shall file and serve on the debtors, debtors' counsel, and the trustee a statement indicating (1) whether it agrees that the debtors have paid in full the amount required to cure the default on the claim, and (2) whether the debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).  The statement shall itemize the required cure or postpetition amounts, if any, that the creditor contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the creditor's proof of claim and is not subject to Rule 3001(f).

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the was mailed on 11/26/2018 to the persons indicated either by mail or electronically.

/s/   Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527

William Leonard Albright
Shelley L. Albright
3485 Aldershot Dr
Lexington, KY  40503-4201

ATKINSON, RYAN R.
Served Electronically Via ECF

US BANK TRUST NA
% BSI FINANCIAL SERVICES
P O BOX 679002
DALLAS, TX 75267-9002

BSI FINANCIAL SERVICES INC
1425 GREENWAY DR
STE 400
IRVING, TX 75038