| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | William Leonard Albright |
| Debtor 2 (Spouse, if filing) | Shelley L. Albright |
| United States Bankruptcy Court for the: | Eastern      District of   Kentucky (State) |
| Case number | 16-51392-grs |

## Form 4100R
# Response to Notice of Final Cure Payment                                10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:**   U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account:   3 7 4 3

**Property address:**   3485 Aldershot Drive
Number      Street

Lexington          KY      40503
City               State    ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:        $ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ___/___/_____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                              (a) $ 8386.59

b. Total fees, charges, expenses, escrow, and costs outstanding:      + (b) $ 0.00

c. **Total.** Add lines a and b.                                         (c) $ 8386.59

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    04/29/2018
MM / DD / YYYY

| Debtor 1 | William Leonard Albright | | Case number *(if known)* | 16-51392-grs |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

---

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

## Part 5:    Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Jon J. Lieberman
    Signature                                          Date   12 / 17 / 2018

Print    Jon J. Lieberman                                   Title   Attorney for Creditor
      First Name    Middle Name    Last Name

Company    Sottile and Barile, Attorneys at Law

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    P.O. Box 476
       Number         Street

       Loveland                          OH         45140
       City                                      State      ZIP Code

Contact phone    ( 513 ) 444 – 4100         Email   bankruptcy@sottileandbarile.com

---


**BSI Financial Services**

| Payment Changes | | | | |
|---|---|---|---|---|
| Date | P&I | Escrow | Total | Total |
| 11/15/2016 | 1069.83 | 294.74 | 1364.57 | Filed w/ POC |
| 6/29/2017 | 1069.83 | 295.92 | 1365.75 | PNC |
| 1/29/2018 | 1069.83 | 386.63 | 1456.46 | PNC |

**Loan Information**

| | |
|---|---|
| Loan # | Almighty |
| Borrower | |
| Date Filed | 7/14/16; 16-51392 |
| First Post Petition | |
| Due Date | 8/1/16; APO 5/1/2017 |
| POC Covers | 3/1/14-7/1/16 |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | APO Credit | APO Debit | APO Suspense Balance | APO Paid to Date | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/28/2016 | $1,368.97 | | 8/29/2016 9/29/2015 | $1,364.57 | $4.40 | | | $4.40 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 2/10/2017 | $1,368.97 | | | $1,368.97 | $0.00 | $1,368.97 | | $1,373.37 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 2/14/2017 | | Trustee Payment | | | $0.00 | | | $1,373.37 | | | $0.00 | $0.00 | | | $1,230.97 | $1,230.97 | |
| 2/16/2017 | | NSF of 2/10/17 payment | | | $0.00 | | $1,368.97 | $4.40 | | | $0.00 | $0.00 | | | | | |
| 3/16/2017 | | Trustee Payment | | | $0.00 | | | $4.40 | | | $0.00 | $0.00 | $1,322.76 | | $2,553.73 | $2,553.73 | |
| 3/23/2017 | | Trustee Pre Applied | 10/29/2015 | | $0.00 | | | $4.40 | | | $0.00 | $0.00 | | $1,069.83 | $1,483.90 | $2,553.73 | |
| 4/6/2017 | | Trustee Pre Applied | 11/29/2015 | | $0.00 | | | $4.40 | | | $0.00 | $0.00 | | $1,069.83 | $414.07 | $2,553.73 | |
| 4/17/2017 | | Trustee Payment | | | $0.00 | | | $4.40 | | | $0.00 | $0.00 | $880.87 | | $1,294.94 | $3,434.60 | |
| 5/11/2017 | | Trustee Payment | | | $0.00 | | | $4.40 | | | $0.00 | $0.00 | $879.89 | | $2,174.83 | $4,314.49 | |
| 5/11/2017 | | MFR Filed and APO entered 1/11/17 ins $6347.56 for (9/1/16 – 4/1/17). Debtor make 1 time pmnt (as $5600.00 w/in 10days of order. Debtor to pay $705.28 5/15/17 – 1/15/16, and debtor to resume mnthly pmnt 5/1/17 | | | $0.00 | | | $4.40 | | | $0.00 | $0.00 | | | $2,174.83 | $4,314.49 | |
| 6/3/2017 | | $5,600.00 APO Down payment | | | $5,600.00 | | | $4.40 | $5,600.00 | | $5,600.00 | $5,600.00 | | | $2,174.83 | $4,314.49 | |
| 6/3/2017 | $1,365.75 | | | $1,365.75 | | $1,365.75 | | $1,370.15 | | | $5,600.00 | $5,600.00 | | | $2,174.83 | $4,314.49 | |
| 6/3/2017 | | $705.28 APO 5/15/17 Payment | | $705.28 | | | | $1,370.15 | $705.28 | | $6,305.28 | $6,305.28 | | | $2,174.83 | $4,314.49 | |
| 6/3/2017 | $1,365.75 | | | $1,365.75 | | $1,365.75 | | $2,735.90 | | | $6,305.28 | $6,305.28 | | | $2,174.83 | $4,314.49 | |
| 6/16/2017 | $750.00 | | | $750.00 | | $750.00 | | $3,485.90 | | | $6,305.28 | $6,305.28 | | | $2,174.83 | $4,314.49 | |
| 6/16/2017 | | APO 6/15/17 Payment | | | $0.00 | | $705.28 | $2,780.62 | $705.28 | | $7,010.56 | $7,010.56 | | | $2,174.83 | $4,314.49 | |
| 6/22/2017 | | Trustee payment | | | $0.00 | | | $2,780.62 | | | $7,010.56 | $7,010.56 | $878.91 | | $3,053.74 | $5,193.40 | |
| 7/10/2017 | $1,365.75 | | | $1,365.75 | | $1,365.75 | | $4,146.37 | | | $7,010.56 | $7,010.56 | | | $3,053.74 | $5,193.40 | |
| 7/10/2017 | | Trustee Payment | | | $0.00 | | | $4,146.37 | | | $7,010.56 | $7,010.56 | $877.94 | | $3,931.68 | $6,071.34 | |
| 7/24/2017 | $750.00 | | | $750.00 | | $750.00 | | $4,896.37 | | | $7,010.56 | $7,010.56 | | | $3,931.68 | $6,071.34 | |
| 7/24/2017 | | APO 7/15/17 Payment | | | $0.00 | | $705.28 | $4,191.09 | $705.28 | | $7,715.84 | $7,715.84 | | | $3,931.68 | $6,071.34 | |
| 8/9/2017 | | Trustee Payment | | | $0.00 | | | $4,191.09 | | | $7,715.84 | $7,715.84 | $876.95 | | $4,808.63 | $6,948.29 | |
| 8/12/2017 | | 5/1/2017 | 12/29/2015 | $1,365.75 | -$1,365.75 | | $1,365.75 | $2,825.34 | | | $7,715.84 | $7,715.84 | | | $4,808.63 | $6,948.29 | |
| 8/12/2017 | | 6/1/2017 | 1/29/2015 | $1,365.75 | -$1,365.75 | | $1,365.75 | $1,459.59 | | | $7,715.84 | $7,715.84 | | | $4,808.63 | $6,948.29 | |
| 8/12/2017 | | 7/1/2017 | 2/29/2015 | $1,365.75 | -$1,365.75 | | $1,365.75 | $93.84 | | | $7,715.84 | $7,715.84 | | | $4,808.63 | $6,948.29 | |
| 8/12/2017 | | APO payment applied | 3/29/2015 | | $0.00 | | | $93.84 | | $1,069.83 | $6,646.01 | $7,715.84 | | | $4,808.63 | $6,948.29 | |
| 8/12/2017 | | APO payment applied | 4/29/2015 | | $0.00 | | | $93.84 | | $1,069.83 | $5,576.18 | $7,715.84 | | | $4,808.63 | $6,948.29 | |
| 8/12/2017 | | APO payment applied | 5/29/2015 | | $0.00 | | | $93.84 | | $1,069.83 | $4,506.35 | $7,715.84 | | | $4,808.63 | $6,948.29 | |
| 8/12/2017 | | APO payment applied | 6/29/2015 | | $0.00 | | | $93.84 | | $1,069.83 | $3,436.52 | $7,715.84 | | | $4,808.63 | $6,948.29 | |
| 9/25/2017 | $1,400.00 | 8/1/2017 | 7/29/2015 | $1,365.75 | $34.25 | $34.25 | | $128.09 | | | $3,436.52 | $7,715.84 | | | $4,808.63 | $6,948.29 | |
| 9/25/2017 | | APO payment applied | 8/29/2015 | | $0.00 | | | $128.09 | | $1,364.57 | $2,071.95 | $7,715.84 | | | $4,808.63 | $6,948.29 | |
| 9/25/2017 | | APO payment applied | 9/29/2015 | | $0.00 | | | $128.09 | | $1,364.57 | $707.38 | $7,715.84 | | | $4,808.63 | $6,948.29 | |
| 9/25/2017 | | Pre payment applied | 10/29/2015 | | $0.00 | | | $128.09 | | | $707.38 | $7,715.84 | | $1,364.57 | $3,444.06 | $6,948.29 | |
| 9/25/2017 | | Pre payment applied | 11/29/2015 | | $0.00 | | | $128.09 | | | $707.38 | $7,715.84 | | $1,364.57 | $2,079.49 | $6,948.29 | |
| 9/25/2017 | | Pre payment applied | 12/29/2015 | | $0.00 | | | $128.09 | | | $707.38 | $7,715.84 | | $1,364.57 | $714.90 | $6,948.29 | |
| 9/26/2017 | | Pre payment applied | 1/29/2015 | | $0.00 | | | $128.09 | | | $707.38 | $7,715.84 | $875.97 | | $1,590.87 | $7,824.26 | |
| 10/6/2017 | | Pre payment applied | | | $0.00 | | | $128.09 | | | $707.38 | $7,715.84 | | $1,364.57 | $226.32 | $7,824.26 | |
| 10/10/2017 | $1,400.00 | 9/1/2017 | 2/29/2015 | $1,365.75 | $34.25 | | | $162.34 | | | $707.38 | $7,715.84 | | | $1,101.31 | $8,699.25 | |
| 11/9/2017 | | Trustee Payment | | | $0.00 | | | $162.34 | | | $707.38 | $7,715.84 | $637.00 | | $1,538.31 | $9,136.25 | |
| 11/8/2017 | | Pre payment applied | 3/29/2015 | | $0.00 | | | $162.34 | | | $707.38 | $7,715.84 | | $1,364.57 | $173.74 | $9,136.25 | |
| 12/5/2017 | $1,400.00 | 10/1/2017 | 4/29/2015 | $1,365.75 | $34.25 | $34.25 | | $196.59 | | | $707.38 | $7,715.84 | | | $173.74 | $9,136.25 | |
| 12/5/2017 | | Trustee Payment | | | $0.00 | | | $196.59 | | | $707.38 | $7,715.84 | $1,309.52 | | $1,483.26 | $10,445.77 | |
| 12/5/2017 | | Pre payment applied | 5/29/2015 | | $0.00 | | | $196.59 | | | $707.38 | $7,715.84 | | $1,365.75 | $117.51 | $10,445.77 | |
| 1/30/2018 | | Trustee Payment | | | $0.00 | | | $196.59 | | | $707.38 | $7,715.84 | $1,308.05 | | $1,425.56 | $11,753.82 | |
| 1/31/2018 | | Pre payment applied | 6/29/2015 | | $0.00 | | | $196.59 | | | $707.38 | $7,715.84 | | $1,365.75 | $59.81 | $11,753.82 | |
| 2/8/2018 | | Trustee Payment | | | $0.00 | | | $196.59 | | | $707.38 | $7,715.84 | $435.52 | | $495.33 | $12,189.34 | |
| 2/13/2018 | $2,800.00 Suspense | | | $2,800.00 | | $2,800.00 | | $2,996.59 | | | $707.38 | $7,715.84 | | | $495.33 | $12,189.34 | |
| | | 11/1/2017 | 7/29/2015 | $1,365.75 | -$1,365.75 | | $1,365.75 | $1,630.84 | | | $707.38 | $7,715.84 | | | $495.33 | $12,189.34 | |
| | | 12/1/2017 | 8/29/2015 | $1,365.75 | -$1,365.75 | | $1,365.75 | $265.09 | | | $707.38 | $7,715.84 | | | $495.33 | $12,189.34 | |
| 3/7/2018 | | $1,020.37 Trustee Payment | | | $1,020.37 | | | $265.09 | | | $707.38 | $7,715.84 | $1,020.37 | | $1,515.70 | $13,209.71 | |
| | | Pre payment applied | 9/29/2015 | | $0.00 | | | $265.09 | | | $707.38 | $7,715.84 | | $1,365.75 | $149.95 | $13,209.71 | |
| 4/9/2018 | | Trustee Payment | | | $0.00 | | | $265.09 | | | $707.38 | $7,715.84 | $1,269.35 | | $1,319.30 | $14,479.06 | |
| | | Pre payment applied | 10/29/2015 | | $0.00 | | | $265.09 | | | $707.38 | $7,715.84 | | | $1,319.30 | $14,379.06 | |
| 5/7/2018 | | Trustee Payment | | | $0.00 | | | $265.09 | | | $707.38 | $7,715.84 | $1,168.02 | | $2,487.32 | $15,547.08 | |
| | | Pre payment applied | 11/29/2015 | | $0.00 | | | $265.09 | | | $707.38 | $7,715.84 | | $1,365.75 | $1,121.57 | $15,547.08 | |
| 5/22/2018 | $1,400.00 | 1/1/2018 | 12/29/2015 | $1,456.46 | -$56.46 | $56.46 | | $321.55 | | | $707.38 | $7,715.84 | | | $1,121.57 | $15,547.08 | |
| 6/6/2018 | | Trustee Payment | | | $0.00 | | | $321.55 | | | $707.38 | $7,715.84 | $1,166.67 | | $2,288.24 | $16,713.75 | |
| | | Pre payment applied | 1/29/2016 | | $0.00 | | | $321.55 | | | $707.38 | $7,715.84 | | $1,365.75 | $922.49 | $16,713.75 | |
| 7/6/2018 | | $26.54 Trustee Payment | | | $26.54 | | | $321.55 | | | $707.38 | $7,715.84 | $26.54 | | $949.03 | $16,740.29 | |
| 7/31/2018 | $1,100.00 | | | $1,100.00 | | $1,100.00 | | $1,421.55 | | | $707.38 | $7,715.84 | | | $949.03 | $16,740.29 | |
| 10/15/2018 | $1,100.00 | 2/1/2018 | 2/29/2016 | $1,456.46 | -$356.46 | $356.46 | | $1,065.09 | | | $707.38 | $7,715.84 | | | $949.03 | $16,740.29 | |
| 11/23/2018 | $1,100.00 | 3/1/2018 | 3/29/2016 | $1,456.46 | -$356.46 | $356.46 | | $708.63 | | | $707.38 | $7,715.84 | | | $949.03 | $16,740.29 | |
| 12/10/2018 | $1,100.00 | 4/1/2018 | 4/29/2016 | $1,456.46 | -$356.46 | $356.46 | | $352.17 | | | $707.38 | $7,715.84 | | | $949.03 | $16,740.29 | |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

| | |
|---|---|
| In Re: | Case No. 16-51392-grs |
| William Leonard Albright<br>Shelley L. Albright | Chapter 13 |
| Debtors. | Judge Gregory R. Schaaf |

---

### CERTIFICATE OF SERVICE

---

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on December 17, 2018.

**By Notice of Electronic Filing to:**

      Ryan R. Atkinson, Debtors' Counsel
      rra@ask-law.com

      Beverly M. Burden, Chapter 13 Trustee
      notices@ch13edky.com

      Office of the U.S. Trustee
      ustpregion08.lx.ecf@usdoj.gov

**By United States mail to:**

      William Leonard Albright, Debtor
      3485 Aldershot Dr
      Lexington, KY 40503-4201

Shelley L. Albright, Debtor
3485 Aldershot Dr
Lexington, KY 40503-4201

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (86802)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor